ORDERED.

Dated: September 14, 2016

_____
Roberta A. Colton
United States Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

In re:  CASE NO. 16-bk-04018-RAC
     Chapter 7

Douglas S. Swatkowski

       Debtor.
_____/

### ORDER GRANTING JOINT MOTION SEACOAST NATIONAL BANK, FOR EXTENSION TIME TO FILE COMPLAINT OBJECTING TO DISCHARGE OR DISCHARGEABILITY
(Doc 22)

THIS CAUSE came on to be considered by this Court upon the Joint Motion of Seacoast National Bank ("Seacoast") to provide Seacoast with an extension of sixty (60) days within which to file a complaint objecting to the discharge of the Debtor pursuant to 11 U.S.C. §727, or to determine dischargeability of certain types of debts, pursuant to 11 U.S.C. §523 (the "Motion"). The Court having reviewed the Motion, having reviewed the file and being otherwise fully advised in the premises, it is hereby Ordered and Adjudged as follows:

1. The Motion of Diamond is granted.

2. Accordingly, the deadline established for filing complaints by creditor, Seacoast National bank, objecting to the discharge of the Debtor pursuant to 11 U.S.C. §727, or to determine dischargeability of certain debts pursuant to 11 U.S.C. §523, is extended until and through November 18, 2016.

Jon E. Kane is directed to serve a copy of this Order to all parties entitled to service thereof and to file a Certificate of Service with the Court.