UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:
DOUGLAS STEVEN SWATKOWSKI,                Case No.: 6:16-bk-04018-RAC
                                          Chapter 7
　　　　Debtor.
_____/

**FIRST SUPPLEMENT TO STATEMENT OF
COMPENSATION UNDER 11 U.S.C. §329 AND F.R.B.P. 2016(b)**

　　　　Raman V. Hammes, P.L ("RVH") supplements the statement made pursuant to 11 U.S.C. §329 and F.R.B.P. 2016(b) and says:

　　　　1.　　Compensation Paid or Agreed to be Paid.  on December 9, 2016, $1,000 was paid to RVH for services rendered or to be rendered by RVH in connection with this case.

　　　　2.　　Source of Compensation.  The source of the foregoing compensation is the Debtor.

　　　　3.　　Sharing.  RVH has not shared or agreed to share the compensation with any entity other than with members and regular associates of RVH.

　　　　　　　　　　　　　　　　　　　　/s/ Roman V. Hammes
　　　　　　　　　　　　　　　　　　　　Roman V. Hammes
　　　　　　　　　　　　　　　　　　　　Florida Bar No. 87250
　　　　　　　　　　　　　　　　　　　　Roman V. Hammes, P.L.
　　　　　　　　　　　　　　　　　　　　1920 North Orange Ave
　　　　　　　　　　　　　　　　　　　　Suite 100
　　　　　　　　　　　　　　　　　　　　Orlando, FL 32801
　　　　　　　　　　　　　　　　　　　　Telephone: (407) 650-0003
　　　　　　　　　　　　　　　　　　　　Email: roman@romanvhammes.com

　　　　　　　　　　　　　　　　　　　　Attorney for the Debtor

## **CERTIFICATE OF SERVICE**

I certify that a copy of the First supplemental statement of compensation was served on January 12, 2017 by electronic filing through the CM/ECF system.

/s/ Roman V Hammes
Roman V. Hammes