UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

DOUGLAS S. SWATKOWSKI,                    Case No. 6:16-bk-04018-RAC

    Debtor.                                              Chapter 7

_____/

**NOTICE OF JOINT STIPULATION FOR SUBSTITUTION OF COUNSEL**

    COME NOW, Jeffrey S. Ainsworth, Esquire, of BransonLaw, PLLC, and Roman V. Hammes, Esquire, and hereby stipulate that BransonLaw, PLLC, shall substitute as counsel for the DEBTOR.

/s/ Jeffrey S. Ainsworth
_____        _____
Jeffrey S. Ainsworth, Esquire            Roman V. Hammes, Esquire,
Florida Bar Number: 60769                Florida Bar Number: 87250
BransonLaw, PLLC                         Roman V. Hamms, P.L.
1501 E. Concord Street                   1920 N. Orange Avenue, Suite 100
Orlando, FL 32803                        Orlando, FL 32804
(407) 894-6834 – Phone                   (407) 650-0003 -- Phone
(407) 894-8559 – Facsimile

**CERTIFICATE OF SERVICE**

    A true and correct copy of the foregoing has been sent by U.S. Mail this 17th day of February, 2017, to: All Creditors and Interested Parties on the attached mailing matrix.

                                          /s/ Jeffrey S. Ainsworth
                                          Jeffrey S. Ainsworth, Esquire

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-6<br>Case 6:16-bk-04018-RAC<br>Middle District of Florida<br>Orlando<br>Fri Feb 17 14:05:50 EST 2017 | Roberta A. Colton<br>Orlando<br>, FL | Seacoast National Bank<br>c/o Jon E. Kane, Esq.<br>Mateer & Harbert, P.A.<br>225 E. Robinson St.<br>Suite 600<br>Orlando, FL 32801-4325 |
| Douglas Steven Swatkowski<br>5624 W Lake Butler Rd<br>Windermere, FL 34786-7513 | US Department of Labor<br>Office of the Solicitor<br>61 Forsyth St SW Ste 7T10<br>Atlanta, GA 30303-8816 | AMERICAN EXPRESS BANK, FSB<br>C/O BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN  PA 19355-0701 |
| American Express<br>P.O. Box 981535<br>El Paso, TX 79998-1535 | American InfoSource LP as agent for<br>Verizon<br>PO Box 248838<br>Oklahoma City, OK  73124-8838 | Amex<br>P.O. Box 297871<br>Fort Lauderdale, FL 33329-7871 |
| Attorney Service Group<br>100 E. Campus View Blvd<br>Suite 250<br>Columbus, OH 43235-4682 | C & W Global<br>703 Hennis Road<br>Winter Garden, FL 34787-2414 | Caterpillar  Financial Srvcs<br>c/o Patrick J. Kilburn<br>P.O. Box 23200<br>Louisville, KY 40223-0200 |
| Caterpillar Financial Srvc<br>Customer Service<br>2120 West End Ave<br>P.O. Box 340001<br>Nashville, TN 37203-0001 | Colling Gilbert Wright & Carter<br>Attn: Fermin Lopez, Esq.<br>801 North Orange Ave<br>Suite 830, Top Floor<br>Orlando, FL 32801-1026 | Colling Gilbert Wright & Carter<br>Attn: Fermin Lopez, Esq.<br>801 North Orange Ave, Ste. 8<br>Orlando, FL 32801-5203 |
| Comenity Bank/rh<br>P. O. Box 182789<br>Columbus, OH 43218-2789 | Comenity-Restoration Hardwar<br>Customer Service<br>P.O. Box 182273<br>Columbus, OH 43218-2273 | Debra A. Adams Guardian for<br>Marquis Adams<br>c/o Brian Yosef, Esq<br>2121 S.W. 3rd Ave, 7th Floor<br>Miami, FL 33129-1471 |
| Discover<br>P.O. Box 30421<br>San Francisco, CA 94130 | Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH  43054-3025 | Discover Fin Svcs Llc<br>P.O. Box 15316<br>Wilmington, DE 19850-5316 |
| Emergency phys.of Central FL<br>P.O. Box 628296<br>Orlando, FL 32862-8296 | FFVA Mutual Insurance Co.<br>P.O. Box 918292<br>Orlando, FL 32891-8292 | First Federal Credit C<br>24700 Chagrin Blvd Ste 2<br>Cleveland, OH 44122-5662 |
| Fleetmatics<br>70 Walnut St<br>Wellesley Hills, MA 02481-2135 | Florida Department of Revenue<br>Bankruptcy Unit<br>Post Office Box 6668<br>Tallahassee FL 32314-6668 | Graystone Partners, LLC<br>6443 SW Beaverton<br>Hillsdale Hwy, Ste. 205<br>Portland, OR 97221-4230 |
| IC System<br>P.O. Box 64437<br>Saint Paul, MN 55164-0437 | Internal Revenue Service<br>Post Office Box 7346<br>Philadelphia PA 19101-7346 | Jackie McMicheaux<br>26000 Cannon Road<br>Bedford, OH 44146-1807 |

| | | |
|---|---|---|
| John A. Chiocca, Esq.<br>222 Lakeview Ave<br>Suite 120<br>West Palm Beach, FL 33401-6146 | Kimberly Swatkowski<br>5624 W. Lake Butler Road<br>Windermere, FL 34786-7513 | Kristina Y. Lunsford, Esq.<br>Zwicker & Associates<br>10751 Deerwood Park Blvd<br>Suite 100<br>Jacksonville, FL 32256-4835 |
| Lownes, Drosdick, Kantor & Reed<br>Attn: Joseph A. Lane<br>P.O. Box 2809<br>Orlando, FL 32802-2809 | Orange County Tax Collector<br>PO Box 545100<br>Orlando FL 32854-5100 | Orange County Tax Collector<br>Scott Randolph<br>P.O. Box 545100<br>Orlando, FL 32854-5100 |
| Orlando Health<br>P.O. Box 568736<br>Orlando, FL 32856-8736 | Phnx Finan<br>8902 Otis Ave<br>Indianapolis, IN 46216-1077 | Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA  98083-0788 |
| Ralph Marcadis<br>5104 South Westshore Blvd<br>Tampa, FL 33611-5650 | Revenue Sys<br>2196 Main St<br>Dunedin, FL 34698-5693 | SSI Petroleum<br>5131 Recker Hwy<br>Winter Haven, FL 33880-1250 |
| Santander<br>c/o Wadland & Ackerman<br>2 Dundee Park<br>Suite 304<br>Andover, MA 01810-3725 | Santander Bank Na<br>824 N.Market Street<br>Suite 100<br>Wilmington  DE 19801-4937 | Santander Bank, N.A.<br>601 Penn Street<br>10-6438-FB7<br>Reading, PA 19601-3544 |
| Santander Bank, N.A.<br>Mail Code 10-421-CN2<br>P.O. Box 12646<br>Reading, PA 19612-2646 | Seacoast Bank<br>815 Colorado Ave<br>Suite 205<br>Stuart, FL 34994-3060 | Seacoast Bank<br>c/o Jon E. Kane, Esq.<br>Mateer & Harbert, P.A.<br>225 E. Robinson St, Ste. 600<br>Orlando, FL 32801-4325 |
| Seacoast National Bank<br>815 Colorado Avenue, Suite 205<br>Stuart, FL 34994-3060 | Sines Blakeslee Madyda, P.A.<br>800 S. Dillard Street<br>Winter Garden, FL 34787-3910 | Steven H. Price, Esq.<br>Cramer, Price & de Armas<br>1411 Edgewater Drive<br>Suite 200<br>Orlando, FL 32804-6361 |
| Syncb/floor & Decor<br>C/o Po Box 965036<br>Orlando, FL 32896-0001 | Thd/cbna<br>Po Box 6497<br>Sioux Falls, SD 57117-6497 | Thomas E. Perez<br>Secretary of Labor<br>c/o Robert M. Lewis<br>61 Forsyth St, SW Rm 7T10<br>Atlanta, GA 30303-8816 |
| Unifirst Corporation<br>68 Jonspin Rd<br>Wilmington, MA 01887-1086 | Verizon Wireless<br>Attn: Correspondence Team<br>P.O. Box 5029<br>Wallingford, CT 06492-7529 | Verizon Wireless<br>P.O.  Box 49<br>Lakeland, FL 33802-0049 |
| Jon E Kane +<br>Mateer & Harbert, P.A.<br>225 E. Robinson Street, 600<br>Orlando, FL 32801-4325 | United States Trustee - ORL7/13 +<br>Office of the United States Trustee<br>George C Young Federal Building<br>400 West Washington Street, Suite 1100<br>Orlando, FL 32801-2210 | Michael A Nardella +<br>Nardella & Nardella, PLLC<br>250 East Colonial Drive, Ste 102<br>Orlando, FL 32801-1231 |

Lori Patton, Trustee +  
P.O Box 520547  
Longwood, FL 32752-0547

Roman V Hammes +  
Roman V. Hammes, P.L  
1920 N. Orange Avenue, Suite 100  
Orlando, FL 32804-5531

Note: Entries with a '+' at the end of the name have an email address on file in CMECF

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)L Todd Budgen

(u)Kimberley Swatkowski

End of Label Matrix  
Mailable recipients    62  
Bypassed recipients     2  
Total                  64