# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA

In re:                                                      CASE NO. 16-bk-04018
                                                            Chapter 7
Douglas S. Swatkowski

        Debtor.
_____/

## NOTICE OF PRELIMINARY HEARING

**NOTICE IS HEREBY GIVEN** that a preliminary hearing on **Motion to Confer Derivative Standing Upon Seacoast National Bank to Pursue Claims Related to Debtor's Consortium or Spousal Claims and Proceeds Thereof**, (Doc. No. 53), will be held in Courtroom 6C, 6th Floor, 400 W. Washington Street, Orlando, Florida 32801, on **May 17, 2017 at 1:30 p.m.**, and transact such other business as may properly come before this Court.

Appropriate Attire. You are reminded that Local Rule 5072-1(16) requires that all persons appearing in court should dress in appropriate business attire consistent with their financial abilities. Among other things, a coat and tie are appropriate for a man; a dress or pants suit is appropriate for a woman. Avoid delays at Courthouse security checkpoints. You are reminded that Local Rule 4073-1 restricts the entry of cellular telephones and, except in Orlando, computers into the courthouse absent a specific order of authorization issued beforehand by the presiding judge. Please take notice that as an additional security measure a photo id is required for entry into the courthouse.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished by electronic transmission via the Court's Notice of Electronic Filing to those parties who appear on the CM/ECF Service List and/or via first class U.S. Mail, this 8th day of May, 2017.

                                              /s/ Jon E. Kane
                                              JON E. KANE

Florida Bar Number 814202
Mateer & Harbert, P.A.
225 East Robinson Street, Suite 600
Post Office Box 2854
Orlando, Florida  32802-2854
Telephone: (407) 425-9044
Facsimile: (407) 423-2016
Attorneys for STS

4838-5343-1624, v. 1